Decided December 4, 1996

669 ATLANTIC STREET ASSOCIATES *v.* ATLANTIC-ROCKLAND STAMFORD ASSOCIATES

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 113 (AC 14928), is denied.

*James R. Fogarty* and *Stephanie Budlong Paul,* in support of the petition.

*Katherine C. Callahan, Kevin N. Reynolds* and *Robert R. Simpson,* in opposition.

Decided December 4, 1996